**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marlon BRAMWELL, a/k/a May
Day, Defendant–Appellant.**

No. 15–7345.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 28, 2016.

Decided: Feb. 9, 2016.

Marlon Bramwell, Appellant Pro Se.
Lawrence Joseph Leiser, Assistant United
States Attorney, Jeffrey L. Shih, Office of
the United States Attorney, Alexandria,
Virginia, for Appellee.

Before MOTZ, KING, and WYNN,
Circuit Judges.

Dismissed in part; affirmed in part by
unpublished PER CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Marlon Bramwell seeks to appeal the
district court's (1) denial of his motion to
correct the presentence report, (2) denial
of his self-styled motions to reopen his
original 28 U.S.C. § 2255 (2012) proceed-
ing, and (3) dismissal as successive of his
§ 2255 motion. We conclude that the cer-
tificate of appealability requirement in 28
U.S.C. § 2253(c)(1)(B) (2012), applies to (1)
and (3) but not to (2).* We therefore dis-
miss in part and affirm in part.

A certificate of appealability will not is-
sue absent "a substantial showing of the
denial of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2012). When the district
court denies relief on the merits, a prison-
er satisfies this standard by demonstrating
that reasonable jurists would find that the
district court's assessment of the constitu-
tional claims is debatable or wrong. *Slack
v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller–
El v. Cockrell,* 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedur-
al grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable and that the motion states a
debatable claim of the denial of a constitu-
tional right. *Slack,* 529 U.S. at 484–85, 120
S.Ct. 1595. We have independently re-
viewed the record and conclude that Bram-
well has not made the requisite showing.
Accordingly, we deny a certificate of ap-
pealability and dismiss the appeal of the
denial of Bramwell's motions to reopen
and the dismissal of his § 2255 motion.

Turning to Bramwell's motion to correct
the presentence report, we confine our re-
view to the issues raised in the appellant's
brief. *See* 4th Cir. R. 34(b). Because
Bramwell's informal brief does not chal-
lenge this basis for the district court's
disposition, Bramwell has forfeited appel-
late review of this portion of the court's
order. We therefore affirm the district
court's denial of this motion.

---

* Because the district court addressed Bram-
well's motions to reopen under Fed.R.Civ.P.
60 on the merits, the certificate of appealabili-
ty requirement applies to that portion of the
district court's order. *See United States v.
McRae,* 793 F.3d 392, 399–400 & n. 7 (4th
Cir.2015).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED IN PART; AFFIRMED IN PART.*